BENJAMIN MIZER
Principal Deputy Assistant Attorney General
MICHAEL D. GRANSTON
DANIEL R. ANDERSON
BRIAN J. McCABE
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 616-4875
    E-mail: Brian.McCabe@usdoj.gov

Attorneys for the United States of America

FILED
CLERK, U.S. DISTRICT COURT
August 19, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: Karla Tunis DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. [UNDER SEAL]<br><br>        Plaintiffs,<br><br>v.<br><br>[UNDER SEAL].<br><br>        Defendants. | CV NO. SACV-12-455-JVS<br><br>**NOTICE OF ELECTION TO DECLINE INTERVENTION**<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

BENJAMIN MIZER
Principal Deputy Assistant Attorney General
MICHAEL D. GRANSTON
DANIEL R. ANDERSON
BRIAN J. McCABE
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 616-4875
    E-mail: Brian.McCabe@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. Sean Darcy, <br><br>Plaintiffs, <br><br>vs. <br><br>UNIVERSITY PHYSICIANS & SURGEONS BILLING GROUP, et al. <br><br>Defendants. | CV NO. SACV-12-455-JVS <br><br>**NOTICE OF ELECTION TO DECLINE INTERVENTION** <br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)] <br><br>[LODGED CONCURRENTLY UNDER SEAL: **[PROPOSED] ORDER**] |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.

The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

DATED: August 19, 2015

BENJAMIN MIZER
Principal Deputy Assistant Attorney General
MICHAEL D. GRANSTON
Director, Commercial Litigation Branch, Civil Division
DANIEL R. ANDERSON
Deputy Director, Commercial Litigation Branch, Civil Division

BRIAN J. McCABE
Trial Attorney,
U.S. Department of Justice

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August, 2015, true and correct copies of the foregoing United States' Notice of Election to Decline Intervention and proposed order were served by first-class mail, postage pre-paid, on the following counsel of record:

Robert A. Magnanini
David B. Harrison
Stone & Magnanini
150 John F. Kennedy Parkway
Short Hills, NJ 07078

Brian J. McCabe
Trial Attorney, Commercial
Litigation Branch

1