# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*ex rel.* SEAN DARCY, )<br>)<br>            Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSITY PHYSICIANS & )<br>SURGEONS BILLING GROUP, )<br>DR. GREGORY EVANS, DR. GARRETT )<br>WIRTH, DR. KEYIAN PAYDAR, )<br>DR. DANIEL JAFFURS, DR. MARK )<br>KOBAYASHI, DR. MATTHEW )<br>DOLICH, DR. MICHAEL LEKAWA, )<br>DR. CRISTOBAL BARRIOS, )<br>ALLERGAN, INC., MEDICIS )<br>PHARMACEUTICAL CORPORATION, )<br>VALEANT PHARMACEUTICAL )<br>CORPORATION, STRYKER )<br>CORPORATION, INVASIX,INC., )<br>SYNTHES, INC., MENTOR )<br>WORLDWIDE LLC, JOHNSON & )<br>JOHNSON,C.R. BARD INC, KINETIC )<br>CONCEPTS, INC., AIRXPANDER, )<br>INC, INTEGRA, ELI LILYAND )<br>COMPANY, PFIZER INC, NOVARTIS )<br>PHARMACEUTICAL CORPORATION, )<br>GLAXOSMITHKLINE PLC, and )<br>DOES 1-100 )<br>)<br>            Defendants. ) | **CV NO. SACV-12-455-JVS**<br><br>**NOTICE OF<br>VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Relator Sean Darcy hereby files this Notice of Voluntary Dismissal Without Prejudice as to the Relator and Without Prejudice as to the United States of America pursuant to Fed. R. Civ. P. 41(a)(1). The Defendant has not been served and has served neither an answer nor motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i).

The United States has been informed of this voluntary dismissal and has consented and Relator is hereby notifying the Court of its consent.

Dated: February 4, 2016

Respectfully submitted,

STONE & MAGNANINI LLP

By: _____
    Robert A. Magnanini
    David B. Harrison
100 Connell Drive, Suite 2200
Berkeley Heights, NJ 07922
Tel: 973-218-1111
rmagnananini@stonemagnalaw.com
dharrison@stonemagnalaw.com

*Attorneys for Plaintiff-Relator*

## **CERTIFICATE OF SERVICE**

I, David B. Harrison, hereby certify that on February 4, 2016, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal to be served via the Court's CM/ECF system and electronic mail upon:

> Brian J. McCabe, Esq.
> U.S. Department of Justice
> 950 Pennsylvania Avenue N.W.
> Washington, DC 20530

David B. Harrison